# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No: 14-cr-00336-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

6.      DEMETRIOUS MEDINA,

        Defendant.

_____

## ORDER SETTING CHANGE OF PLEA HEARING
_____

Pursuant to the Notice of Disposition filed on **July 23, 2015** (Docket No. 317). A Change of Plea Hearing is set for **August 11, 2015** at **3:00 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the Status Conference set for August 3, 2015 is VACATED as to this Defendant only.

DATED this 24th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge
